JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/11/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BRANDON, an individual<br><br>        Plaintiff,<br><br>  v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No.: 2:19-cv-04086-JAK-ASx<br><br>[Complaint filed: 4/9/19]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Trial Date: None set |

The court, having considered the stipulation of counsel regarding the settlement of the case and the proposed dismissal of the case with prejudice, now dismisses the complaint and all claims with prejudice.

Dated: March 11, 2020     _____
                                       John A. Kronstadt
                                       United States District Judge